FILED
November 19, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )    Case No. 2:12-MJ-00301-GGH
            Plaintiff,    )
v.                        )    ORDER FOR RELEASE OF
                          )    PERSON IN CUSTODY
KYLE MCDONALD,            )
                          )
            Defendant.    )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Kyle McDonald , Case No. 2:12-MJ-00301-GGH , Charge  21 USC §846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   ✔   Bail Posted in the Sum of $ 100,000.00

       ✔   Unsecured Appearance Bond with Sureties ($100,000.00 unsecured to be replaced by Secured Appearance Bond of $90,000 within three weeks of 11/16/12 and a $10,000 Unsecured Appearance bond co-signed by sureties.)

       __  Appearance Bond with Sureties

       ✔   (Other)   with pretrial release supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on November 19, 2012  at  11:00  am .

By _____
Dale A. Drozd
United States Magistrate Judge