**J. DAVID NICK (SBN 157687)**
**777 E. TAHQUITZ CANYON WAY**
**SUITE 200-82**
**PALM SPRINGS, CA 92262**
**TEL:** (760) 778-8250
**EMAIL:** jdavidnick@lawyer.com

**RUSSELL L. GOODROW (SBN 248921)**
**345 FRANKLIN STREET**
**SAN FRANCISCO, CA 94102**
**TEL:** (415) 722-7877
**FAX:** (415) 722-7877
**EMAIL:** russ@goodrowlaw.com

**ATTORNEYS FOR DEFENDANT**
**KYLE MCDONALD**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. 2:12-mj-00301-GGH |
| | **STIPULATION TO REQUEST CONTINUANCE OF DATE TO POST DEFENDANT'S SECURED BOND** |
| -VS- | |
| **KYLE MCDONALD** | |
| _____/ | |

1. The current schedule for defendant Kyle McDonald's secured bond to be posted with the court is December 10, 2012. Defendant's attorney is still obtaining appropriate bond documents and receiving notarized signatures from England.

1

STIP/ORDER

2. The parties below believe that it is in their best interest to grant defense counsel additional time to post the secured bond with the Court and to continue that date to on or before December 24, 2012.

3. The parties below request the following: (1) a continuance of defendant Kyle McDonald's posting of the secured bond to the Court from December 10, 2012 to December 24, 2012.

DATED: December 5, 2012          /s/ Michael McCoy
                                 Michael McCoy, Esq.
                                 Attorney for Plaintiff
                                 UNITED STATES

DATED: December 5, 2012          /s/ Russell L. Goodrow
                                 Russell L. Goodrow, Esq.
                                 Attorney for Defendant
                                 KYLE MCDONALD

## ORDER

FOR GOOD CAUSE SHOWN, it is hereby ordered that:

(1) Defendant Kyle McDonald's secured bond shall be posted with the court by December 24, 2012.

(2) Based on representations of counsel and for good cause shown, the Court finds that failing to allow an additional two weeks to post the secured bond in this case would unreasonably deny the defendant the reasonable time necessary for effective preparation of the secured bond. Therefore, IT IS HEREBY ORDERED that the time to post defendant's secured bond shall be continued from December 10, 2012 to December 24, 2012.

Dated: December 5, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIP/ORDER