**J. DAVID NICK (SBN 157687)**
**777 E. TAHQUITZ CANYON WAY**
**SUITE 200-82**
**PALM SPRINGS, CA 92262**
**TEL:    (760) 778-8250**
**EMAIL:    jdavidnick@lawyer.com**

**RUSSELL L. GOODROW (SBN 248921)**
**345 FRANKLIN STREET**
**SAN FRANCISCO, CA 94102**
**TEL:    (415) 722-7877**
**FAX:    (415) 722-7877**
**EMAIL: russ@goodrowlaw.com**

**ATTORNEYS FOR DEFENDANT**
**KYLE MCDONALD**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. 2:12-mj-00301-GGH |
| | **STIPULATION AND ORDER TO CONTINUE DATE TO POST DEFENDANT'S SECURED BOND** |
| -VS- | |
| **KYLE MCDONALD** | |
| _____/ | |

    1.    On November 19, 2012, the court released Defendant from custody on an unsecured bond to ensure Defendant's appearance in the Western District of Michigan in that criminal case. Defendant appeared at every calling of his case, including his arraignment in the

1

STIP/ORDER

Western District of Michigan. Defendant continues to comply with all the conditions of his release. Defendant continues to check in with pre-trial services six days per week.

2. The current schedule for defendant Kyle McDonald's secured bond to be posted with the court is December 24, 2012. Defendant's attorneys are still obtaining appropriate bond documents and receiving notarized signatures from the surety who resides in England.

3. The parties below believe that it is in their best interest to grant defense counsel additional time to post the secured bond with the Court and to continue that date to on or before January 7, 2013.

4. The parties below request the following: (1) a continuance of defendant Kyle McDonald's posting of the secured bond to the Court from December 24, 2012 to January 7, 2013.

DATED: December 27, 2012          /s/ Michael McCoy
                                  Michael McCoy, Esq.
                                  Attorney for Plaintiff
                                  UNITED STATES

DATED: December 27, 2012          /s/ J. David Nick
                                  J. David Nick, Esq.
                                  Attorney for Defendant
                                  KYLE MCDONALD

DATED: December 27, 2012          /s/ Russell L. Goodrow
                                  Russell L. Goodrow, Esq.
                                  Attorney for Defendant
                                  KYLE MCDONALD

STIP/ORDER

**ORDER**

FOR GOOD CAUSE SHOWN,

It is hereby ordered that:

 (1) Defendant Kyle McDonald's secured bond shall be posted with the court by January 7, 2013.

 (2) Based on representations of counsel and for good cause shown, the Court finds that failing to allow an additional two weeks to post the secured bond in this case would unreasonably deny the defendant the reasonable time necessary for effective preparation of the secured bond. Therefore, IT IS HEREBY ORDERED that the time to post defendant's secured bond shall be continued from December 24, 2012 to January 7, 2013.

Dated: December 27, 2012

/s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
U.S. MAGISTRATE JUDGE